■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MELENDEZ, Appellant. [919 NYS2d 850]—

Order, Supreme Court, New York County (John Cataldo, J.), entered on or about October 20, 2008, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in declining to grant a downward departure from defendant's presumptive risk level (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). The mitigating factors asserted by defendant were adequately taken into account by the risk assessment instrument, and were outweighed by the seriousness of the underlying sex crimes against a child (*see e.g. People v Aboy*, 60 AD3d 436 [2009], *lv denied* 12 NY3d 711[2009]). Defendant's argument that he poses a diminished threat of reoffense is without merit (*see People v Rodriguez*, 67 AD3d 596, 597 [2009], *lv denied* 14 NY3d 706 [2010]). Concur—Andrias, J.P., Friedman, Catterson, Moskowitz and Román, JJ.